UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER K. BISHOP,

    Plaintiff,

v.                                                          Case No. 1:11-cv-247
                                                         Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                             /

**ORDER OF DISMISSAL**

        Plaintiff brings this *pro se* action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of the Social Security Administration. On July 21, 2011, the court directed the parties to file briefs in support of their respective positions, plaintiff by August 25, 2011, and defendant by September 29, 2011. Plaintiff failed to file a brief. Pursuant to W.D. Mich. LCivR 41.1, the court ordered plaintiff to show cause by September 22, 2011, as to why this case should not be dismissed for her failure to file a brief in violation of the court's order and her failure to prosecute this action. *See* docket no. 10. In her response, plaintiff stated that she had received a letter from the Social Security Administration stating that her benefits were going to continue and "[t]herefore, I no longer want to pursue this case." *See* docket no. 11. It is clear from plaintiff's response that she does not wish to prosecute this action.

        Accordingly, pursuant to W.D. Mich. LCivR 41.1 this action is **DISMISSED** without prejudice.

        **IT IS SO ORDERED.**

Dated: September 23, 2011                     /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge